STATE OF MAINE

KENNEBEC, ss.

RECEIVED AND FILED
KENNEBEC SUPERIOR COURT

2009 JAN 20  P 3: 51

J. MICHAEL DARWOOD
CLERK OF COURTS

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. AP-08-51

JUNE DUCHARME,

Petitioner

v.                                                    DECISION

MAINE UNEMPLOYMENT
INSURANCE COMMISSION,

Respondent

This matter comes before the court as a result of an appeal by June Ducharme in Decision No. 08-C-03634 of the Maine Unemployment Insurance Commission. The Commission disqualified the petitioner from receiving benefits because she voluntarily left regular employment without good cause attributable to that employment. The petitioner filed this appeal pursuant to Rule 80C of the Maine Rules of Civil Procedure.

Based on the record before the court, the court finds and concludes that the Commission properly determined that the petitioner was disqualified from receiving unemployment benefits because she voluntarily left her employment without good cause attributable to that employment. This court reviews the administrative record to determine if the Commission's findings are supported by the record and whether the Commission has correctly applied the law. *McPherson v. Maine Unemployment Ins. Comm.*, 1998 ME 177, 714 A.2d 818. This court finds and concludes that the Commission correctly applied the law and its findings are supported by competent evidence.

For this reason, the court hereby DENIES the appeal filed by the petitioner in this case.

Dated: January 20 2009

Joseph M. Jabar
Justice, Superior Court

Date Filed __7/8/08__ __Kennebec__ Docket No. __AP-08-51__
County

Action __80(c)__ **JUSTICE JABAR**

JUNE M. DUCHARME vs. UNEMPLOYMENT INSURANCE COMMISSION

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| Ronald Ducharme, Esq.<br>PO Box 376<br>Waterville, Maine | Elizabeth Wyman, AAG<br>6SHS<br>Augusta, Maine |

| Date of Entry | |
|---|---|
| 7/8/08 | Petition for review of final agency action filed by Atty Ducharme. |
| 7/14/08 | Entry of appearance for Unemployment Insurance Commission filed by Atty Wyman |
| 8/8/08 | Administrative Record, filed. s/Wyman, AAG. |
| 8/13/08 | Notice of briefing schedule mailed to attys. |
| 8/28/08 | Brief of Petitioner June Ducharme, Ducharme, Esq. |
| 9/18/08 | Brief of Respondent Maine Unemployment Insurance Commission, filed. s/Wyman, AAG |
| | Notice of setting for _1/9/09_ sent to attorneys of record. |
| 1/8/09 | Hearing held with Hon. Justice Joseph Jabar, presiding.<br>Oral arguments made to the court. Court to take matter <u>under advisement.</u> |
| 1/22/09 | DECISION, Jabar, J. (1/20/09)<br>For this reason, the court hereby DENIES the appeal filed by the petitioner in this case.<br>Copies to attys. of record.<br>Notice of removal of record mailed to AAG |